## UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF NEW MEXICO

**MARTHA C. MARCHAND,**

      **Plaintiff,**

**vs.**                                              **No. CIV-05-1196 DJS/LCS**

**LAW OFFICE OF CATHERINE SANCHEZ,**
**CATHERINE SANCHEZ, and**
**FRANCELLA WRIGHT,**

      **Defendants.**

## ORDER

    **THIS MATTER** comes before the Court *sua sponte*.  The Court finds that the following setting should be imposed:

    **WHEREFORE,**

    **IT IS ORDERED** that the settlement conference scheduled for **November 29, 2006**, before the Honorable Leslie C. Smith, United States Magistrate Judge, is hereby **VACATED**.

    **IT IS SO ORDERED.**

                                                                  **LESLIE C. SMITH**
                                                                  **UNITED STATES MAGISTRATE JUDGE**